UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT D. BEYER and CATHERINE F. BEYER, husband and wife in their individual capacity and as trustees of THE BEYER REVOCABLE TRUST, a revocable trust organized under the laws of the state of California,<br><br>     Plaintiffs,<br> v.<br><br>GARY STOREY, an individual; STOREY CONSTRUCTION INC., an Idaho corporation; and ROBERTS ELECTRIC INCORPORATED, an Idaho corporation,<br><br>     Defendants. | Case No. 1:12-cv-00231-BLW<br><br>**ORDER** |

  The Court has before it the parties' Stipulation for Dismissal with Prejudice (Dkt. 29). Good cause appearing, the Court will grant the stipulation and dismiss this case in its entirety with prejudice.

**ORDER**

  **IT IS ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice (Dkt. 29) is **GRANTED**, and this case is dismissed, with prejudice, with each party bearing its own costs and attorney fees.

**ORDER** - 1

2. The Court will issue a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: April 15, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**